IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JAIME FAJARDO,<br><br>    *Plaintiff*,<br><br>v.<br><br>EASTERN REGION MANAGEMENT, LLC, *et al.*<br><br>    *Defendants.* | Case No. 1:20-cv-01531-TSE-TCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jaime Fajardo and Defendants Eastern Region Management, LLC and United Natural Foods, Inc. hereby stipulate to the dismissal of this action in its entirety and with prejudice, with each side to bear his and its own fees and costs, unless otherwise agreed among the parties.

So stipulated this 17th day of February, 2021.

| | |
|---|---|
| */s/ Greg C. Greenberg*<br>Gregg C. Greenberg (VA Bar No. 79610)<br>Zipin, Amster & Greenberg, LLC<br>8757 Georgia Ave., Suite 400<br>Silver Spring, MD 20910<br>Tel: (301) 587-9373<br>sgreenberg@zagfirm.com<br>rlpike@zagfirm.com<br><br>*Counsel for Plaintiff* | */s/ Eunju Park*<br>Eunju Park (VA Bar No. 87890)<br>LITTLER MENDELSON, P.C.<br>815 Connecticut Avenue, NW, Suite 400<br>Washington, D.C. 20006<br>(202) 842-3400 (telephone)<br>(202) 842-0011 (facsimile)<br>epark@littler.com<br><br>*Counsel for Defendants Eastern Region Management, LLC and United Natural Foods, Inc.* |

So Ordered: _____  2/18/21
T. S. Ellis, III
United States District Judge